AMENDED COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

James W Alexander
#317680

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

SCDC Warden Charles Mitchelle Williams
SCDC A/W Gldwell A/W Robinson Major
marshel Mr. Rogers Ms. Harris.

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Complaint for Violation of Civil Rights
(Prisoner Complaint)

Case No. 4:18-3568-BHH-TER
(to be filled in by the Clerk's Office)

Jury Trial:  ☑ Yes  ☐ No
(check one)

RECEIVED USDC CLERK, FLORENCE, SC
2019 FEB 25 PM 12:18

RECEIVED USDC CLERK, FLORENCE, SC
2019 FEB -6 AM 10:25

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: James Walter Alexander
    All other names by which you have been known: F2A 192

    ID Number: #317680
    Current Institution: 386 Redemption Way McCormick Prison
    Address: McCormick S.C. 29899

    B. **The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

    Defendant No. 1

    Name: Charles Mitchelle Williams
    Job or Title (if known): SCDC Warden for McCormick CI
    Shield Number: Unknown
    Employer: SCDC Headquarter in Columbia
    Address: 386 Redemption Way McCormick S.C. 29899

    ☑ Individual capacity    ☐ Official capacity

    Defendant No. 2

    Name: Ms. Glidwell

2

Job or Title (if known): A/W At mccormick prison over programs
Shield Number: unknown
Employer: SCDC
Address: 386 Redemption way mccormick SC. 29899

☑ Individual capacity    ☐ Official capacity

Defendant No. 3

Name: Thomas Robinson
Job or Title (if known): A/W At mccormick prison over security
Shield Number: unknown
Employer: SCDC
Address: 386 Redemption way mccormick SC. 29899

☑ Individual capacity    ☐ Official capacity

Defendant No. 4

Name: MS Marshall
Job or Title (if known): Major over security At mccormick
Shield Number: unknown
Employer: SCDC
Address: 386 Redemption way mccormick SC. 29899

☑ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Note: Employee's an staff Refused to Reveal mr. Rojers an ms. Harris Firstnames

**Name** Mr. Rogers
**Job or Title (if known)** Commicary employee
**Shield Number** Unknown
**Employer** SCDC
**Address** 386 Redemption way McCormick SC. 29874

☑ Individual capacity     ☐ Official capacity

Defendant No. 3

**Name** Ms. Harris
**Job or Title (if known)** Commicarry employee
**Shield Number** Unknown
**Employer** SCDC
**Address** 386 Redemptionway McCormick SC. 29899

☑ Individual capacity     ☐ Official capacity

Defendant No. 4

**Name** _____
**Job or Title (if known)** _____
**Shield Number** _____
**Employer** _____
**Address** _____

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

Section D    Page 4                                    Page 1

Deffendant: 1 warden charles mitchelle williams acted under color of statute at any an all times. Defendant warden charles m williams on 8-13-18 under the direction an order of SCDC Headquarters personally oversseen the sure mass movement of Inmates here at Mccormick CI an personaly gave olders That all Inmates in FYB wing be taken from there cell stripted out of there tan uniforms, an put in orange uniforms an there body's be recorded on pictures of there tatts by camra. He also oldered his employees A/w Glidewell A/w Robinson commicary employees mr. Rogers an ms Harris an other employees That no Inmate was to pack his belongings. That commicary employees will go threw all property for exstra materials. That A/w Glidewell an A/w Robinson an major marshal over see everything an make sure no Inmate had possesion of any an all contraband an that all Inmates be given there correct property an that if any thing is missing to Direct Inmates to file a request to warden williams an commicary mr Rogerts an ms Harris. So when he recieved said request to him an recieved cals from alot of his Employees (including his A/w's an major an commicary employes that alot of Inmates has missing property he then had knowlege of the pusblem upon recieving my request an grievance forms an ignoring the situation he acted under color of statute an local law by not first investigating the situation to find trueth or fouse by continuesly for 5 months an is still ongoing as of today 1-22-19, has willfuly perposly an delibertly subjected plantiff to cruel & unusual punishment By subjecting plaintiff to Bed bugs, Rashes on bed sores, an to servere cold air conditioning By deprivving said plantiff of state & local law stating that an Inmate in county Jail or state or fed prison must be provided with meals proper bed clothing such as sheed's an blanket must provide all Inmates with proper clothing Boxers Socks, shoes, pants shirt, towel & washcloths. Deffendant has acted under the color of statute an violated state an local laws an should be held accountable.

Deffendat A/w Glidwell acted under color of statute of state or local law when she followed orders from warden charles m willicas an oversseen all Inmates property suited threw on 8-13-18 an by when Inmate's started complaining an writing request to her that certain propertys was missing her job over programs in this situation was to inform commicary employes mr. Rogers an ms. Harris that they may need to go to said Inmates Room an search to make sure if the complaint was true or not an if it was true to direct commicary employees mr Rogers an ms. Angis to sire Inmates missing commicary Items by ignoring this situation after it was brung to her attention an by not doing anything. She is also liable just as warden Charles M Williams violating constitutional rights

Deffendant: Thomas Robinson A/w over security acted under color of statute of state an local law by on 8-13-18 acting under order of charles m williams to oversee the massive SCDC movement of inmates from FYB to F2 Bing an make sure all Inmates's recieved there property an if anything was missing to direct inmates to request to stoff to A/w Robinson A/w Glidwell an warden williams an commicary employees when this situation was Bring to his attention an he ignored it for 5 months an is still on going he perposly an delibertly subjested me As did A/w Glidwell an warden Charles m williams to cruel & usual Punishment State an local law states all Inmate's be provided with basic needs such as bed clothing, clothing for body, meals ect violating constitutional rights

Section D Page 4  (Page 2)

Deffendant, major marshal, acted under color of Statute of State an local law at all times by following the orders given by warden Charles an Williams A/w Thomas Robinson A/w Glidewell on 8-13-18. She is The major over Security an was also directed to oversee all Inmates property an to make sure all Inmates received there correct property After all Inmates was moved from F4 B-wing to F2 B-wing on 8-13-18 an to direct all Inmates missing any thing to send Request to warden Williams A/w Glidwell A/w Robinson (an herself on commsciary employees) In this situation she had knowlege after I bring my situation to her attention, she ignored this situation an isstill ignoring this situation an this situation started on 8-13-18 an still to this date 1-22-19 an on going has still not been seen to this is cruel & unusual punishment violating state an local law an constitutional Rights.

Deffendants: Mr. Rogers & Ms. Harris commicary employees. acted under color of statute of state an lock/ laws with state that all Prisoners or Inmates in county jail or state or fed prison's must be provided with Basic needs such as bed clothing human clothing plus towels, washcloths ect. An meals on 8-13-18 after following orders from warden A/ws / major marshal. Both Defendant whent threw all Inmates in F4 B-wing property. A fast pass where when my property an other Inmates property was returned was missing things, Inmates such as my self the plantiff has directed to send staff request to the warden Both A/ws, the major an commicary employees Mr. Rogers an ms.Harris I bring the situation of my said property missing an that by not providing me with clothing Bexers sock's Towel's wash cloths Bed clothing sheets an Blanket Basic needs that They would be subjecting me to cruel & unusual punishment violation my Ptl Admin constitution rights. This is still an on going matter that started on 8-13-18 an still Till this Date: 1-22-19 an ongoing still has not been handle.

A.  Are you bringing suit against (check all that apply):

  [ ]  Federal officials (a *Bivens* claim)

  [✓]  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  <u>Cruel & unusual punishment under 8Th Amin</u>
  <u>constitutional Rights.</u>

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

  <u>See Attatched pages marked section D page 4</u>

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

  [ ]  Pretrial detainee

  [ ]  Civilly committed detainee

  [ ]  Immigration detainee

4

IV. Part D on Page 5

an to Profile All Inmates again to Take All exstra Property or commicary Item's An to confiscate All contraband. Then after All the Inmates are moved they will began to fix the F4 B wing. During this time, date, an massive movement No Inmate was allowed to Pack his own belongings. This was ordered an Directed by warden Charles Mitchelle Williams He gave this order to A/W Glidwell, A/w Robinson, Major marshal an mr. Rojers an ms. Harris The commicary employee's. The warden said to direct any Inmate who states he is missing anything to send a Staff Request to him/A/W Glidwell an A/W Robinson an major marshal Mr. Rojers an Ms. Harris an the concerns will be looked into.

Upon me Recieving my belongings in F2 B117 on 8-13-18 I Noticed my T.V. Both Bed sheets an Blanket Boxers except 1 pair, All socks except 1 pair All towels an wash cloths, So I wrote to Warden Williams Both A/w's Glidwell an Robinson, Major Marshal an Mr. Rojers an Ms. Harris in Commicary. I did this several times trying to use an exsaust All my Remedies. I mainly wrote about my sheets an blanket Because State an local laws state that any Inmate or prisoner in custidy Are to be given there basic need or nesities such as Bed clothing to Include sheets an Blanket, human clothing an ect. But every time I Recieved an Answer. I was told to write mr. Rojers an ms. Harris in commicary I didso an there Response was that it's my fault that I keep loosing my Property an that I had a History of loosing stuff witch I don't have a History of that SCDC packes your things or lets your Roommate Pack your things when you go to lock up st stuff comes up missing. This is what I told them in my Response Mr. Rojers an Ms. Harris Refused to Replace anything. I went to Major marshal an was told the same thing so I again Spoke to A/W Glidwell an A/w Robinson who spoke to warden Charles m Williams who told me to Keep sending Request to staff an to file A Grievance witch I did an no one still has not giving me Boxers, socks, Towel washcloths sheets or Blanket, my Grievenced was Denied on first step stating I failedto file on time witch is also not true. My proof is an The kiosk but I can't get SCDC to si-e me a print out. This storted on 8-13-18 it still has not Been handled till this date 1-22-19 an is still an ongoing situation, it's Been 5 months. I Still don't have any sheets, Blankets Boxers socks towels wash cloths. This lawsuite is Not about My Belongings any longer SC. DC has Treated me cruely an unUsual punished me for 5 stralt months. Violating the Constitution Rights

- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

This Insident is Still on going. Happend At 386 Redemption way mccormick SC. 29899 mccormick Prison happend in F4 Bwing an F2 Bwing on Now F2 Awing.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Started on 8-13-18 8:30Am - 4:30pm. On going Still.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 8-13-18 mccormick prison did A masive Dorm movement moving All Inmate's From F4 Bwing to F2 Bwing To change Inmate's From tan Uniform to orange continue on exstra page.

5

_____

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been subjected to Bed rashes Because of No sheets & Blanket, I've Been subjected to Cold Conditions From SCDC Running the Air Condition All year around It's winter time an I've Been freezing, creating A pain an numbness in my legs an Bones An mentle Abuse An physical pain & suffering

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to first understand this lawsuite is Not about my property any longer Is about SCDC Violating my 8th Admin constitution rights by Treating me to cruel & unusual Punishment by Not Replacing the property an that this has Been going on for 5 months an is still ongoing, I'm asking For $1,500 in money Damage's for the pain & suffering I've been subjected to an for the violation of my 8th Admin Right

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MCCormick CI 386 Redemption WAY
mccormick SC. 29899

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- ☐ Yes
- ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At mccormick prison

2. What did you claim in your grievance?

   That my 8th Admin Rights has been violated An I was being treated cruely an unjust That I was missing Sheets Blanket ect

3. What was the result, if any?

   My Grievance was Returned an Denied Said I failed time Frames

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Can't when The Grievance People Return it like That, But I still keep sending Reavest to Staff via Kiosk an Still have not Been given sheets Blanket ect still ongoing.

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The courts Already have A copy of my Grievance.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s) _____
       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

    3. Docket or index number

_____

    4. Name of Judge assigned to your case

_____

    5. Approximate date of filing lawsuit

_____

    6. Is the case still pending?

       ☐ Yes
       ☐ No

       If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

   3. Docket or index number

_____

   4. Name of Judge assigned to your case

_____

   5. Approximate date of filing lawsuit

_____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

11

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-21, 2019

Signature of Plaintiff: [signature]     317680

Printed Name of Plaintiff: James Alexander

Prison Identification #: 317680

Prison Address: 386 Redemption Way F2A-192
McCormick    S.C.    29899
City         State   Zip Code

### B. For Attorneys

Date of signing: _____, 20___.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____

12